# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Joseph D. Burgdorf**
    Plaintiff(s)

vs.                          **CASE NUMBER: 6:22-cv-987 (DNH/ATB)**

**Betsy Ross Nursing and Rehabilitation Center Inc.,
Tracy Lynn Jane, Amidon Medical Group,
Mohawk Valley Health Service, Yvette Hulett**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON REPORT & RECOMMENDATION adopting Report and Recommendations re 4 Report and Recommendations. ORDERED that 1. The Report & Recommendation is ACCEPTED; 2. Plaintiffs RICO claims are DISMISSED with prejudice; 3. Plaintiffs claims under New York criminal statutes are DISMISSED with prejudice; and 4. Plaintiffs complaint is otherwise DISMISSED without prejudice but without leave to amend.

All of the above pursuant to the order of the Honorable David N. Hurd, dated the 26th day of January, 2023.

DATED: January 26, 2023

_John Domurad_
Clerk of Court

                                           s/Kathy Rogers
                                           Deputy Clerk